UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JASON S. STALBAUM,

    Plaintiff,

v.

Case No. 19-CV-111-JPS

ULTIMATE MEDICAL ACADEMY,

**ORDER**

    Defendant.

On October 22, 2019, the parties filed a joint stipulation of dismissal of this action with prejudice and without costs assessed to any party. (Docket #22). The Court will adopt that stipulation. See Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #22) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs to any party.

Dated at Milwaukee, Wisconsin, this 24th day of October, 2019.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge